# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **STEPHANIE PERRY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | C.A. NO. 4:10-cv-1837 |
| | § | |
| **CHCA BAYSHORE, L.P. d/b/a** | § | |
| **Bayshore Medical Center; AND** | § | |
| **WEST ASSET MANAGEMENT, INC.,** | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE U.S. DISTRICT JUDGE:

COMES NOW, STEPHANIE PERRY, and files this Plaintiff's Certificate of Interested Persons pursuant to Fed. R. Civ. P. 7.1 and the Court's local procedures and orders:

On information and belief, the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a possible financial interest in the outcome of this litigation:

1. Stephanie Perry (Plaintiff);

2. Matthew B. Probus of Wauson ♦ Probus (Attorneys for Plaintiff);

3. CHCA Bayshore, L.P. (Defendant);

4. HCA Inc., a Delaware corporation (Parent corporation of Defendant);

5. Hercules Holding II, LLC, a Delaware limited liability company (Parent company to HCA, Inc.);

6. The Private investor group that owns Hercules Holding II, LLC which group is composed of:

    a. Bain Capital Partners
    b. Kohlberg Kravis Roberts & Co.
    c. Merrill Lynch Global Private Equity

Which investors are affiliates of:

    a. Citigroup Inc.
    b. Bank of America Corporation
    c. HCA founder, Dr. Thomas F. Frist Jr.

Respectfully submitted,

**WAUSON ♦ PROBUS**

By: \_\_\_/s/ Matthew B. Probus\_\_\_
    **Matthew B. Probus**
    State Bar No. 16341200
    Fed. I.D. No. 10915

Comerica Bank Building
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

*ATTORNEYS FOR PLAINTIFF,*
*STEPHANIE PERRY*